UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DIOSSEL CARDONA ROSA,

               Petitioner,

v.

KEVIN RAYCRAFT et al.,

               Respondents.

_____/

Case No. 1:26-cv-545

Hon. Hala Y. Jarbou

## **<u>JUDGMENT</u>**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from detention, subject, as applicable, to an order of supervision within five days of the date of this judgment.

**IT IS FURTHER ORDERED** that Respondents shall file a status report within six days of the date of this judgment to certify compliance with the Court's opinion and judgment.

**IT IS FURTHER ORDERED** that the United States Attorney General is **DISMISSED** as a Respondent in this matter.

Dated: March 3, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE